# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| SANDY RUTHERFORD, | |
| Plaintiff, | |
| v. | Case No. 2:12-cv-02336-JTF-tmp |
| SHELBY COUNTY GOVERNMENT, | |
| Defendant. | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Stipulation of Dismissal with Prejudice filed on January 21, 2014, this matter is hereby dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge

January 21, 2014                               s/Thomas M. Gould
Date                                           Clerk of Court

                                               s/ Erica M. Evans
                                               (By)  Law Clerk